# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0427. MELISSA RODGERS v. BRYAN RODGERS.**

In this divorce action, Melissa Rodgers properly filed an application for discretionary appeal from the trial court's order establishing child custody and visitation. See OCGA § 5-6-35 (a) (2) (appeals from judgments or orders entered in domestic relations cases, including divorce cases, must be appealed by application for discretionary appeal); *Hoover v. Hoover*, 295 Ga. 132, 134 (1) (757 SE2d 838) (2014) (when child custody issues are ancillary to a divorce action, the determination of child custody does not transform the case into a "child custody case" for purposes of determining the appropriate method for appeal). Upon consideration of this application, it is ordered that it is hereby GRANTED. Melissa Rodgers need not file another notice of appeal, as a notice of appeal has already been docketed in Case No. A20A1779.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  07/20/2020
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*